```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION
```

PATRICK L. BROOKS                                           Plaintiff

v.                              4:11CV00055 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                    Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 29th day of November, 2011.


                                    /s/Susan Webber Wright
                                 UNITED STATES DISTRICT JUDGE